KEITLIN, YOUNGMAN, KARAS & GERSON, LLC
Heritage Plaza II
65 Harristown Road, Suite 207
Glen Rock, New Jersey 07452
(201) 791-4400
*Attorneys for Plaintiff Deivid Dario Velez Oviedo*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEVID DARIO VELEZ OVIEDO, <br><br> Plaintiff, <br><br> v. <br><br> ABLE FORD OF NEW JERSEY INC., d/b/a ALL AMERICAN FORD, MAZDA AUTHORIZED SALES & SERVICE d/b/a ALL AMERICAN MAZDA and AUTO SOLUTIONS INC. D/B/A AUTO SOLUTIONS and RICHARD SAVINO, HECTOR QUINTERO and JERRREY BAMOND, individually, individually, <br> Defendants. | Civil Action No.:16-cv-03370 (FLW) (LHG) <br><br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

The matter in difference in the above-entitled action having been amicably adjusted by and between Plaintiff Devid Dario Velez Ovideo and Able Ford of New Jersey Inc., AAM Auto Sales, LLC. and Richard Savino and Hector Quintero, individually and it is hereby stipulated and agreed that the same be and is hereby dismissed with prejudice and without costs against either party. This Court should retain jurisdiction to resolve any dispute arising out of or relating to the settlement of this action.

14





FEITLIN, YOUNGMAN, KARAS
& GERSON, L.L.C.
Attorneys for Plaintiff

By: /s/ Jeffrey Youngman
    JEFFREY YOUNGMAN

Dated: August 24, 2016

HECTOR QUINTERO.
For Hector Quintero and
Auto Solutions Inc.

By: /s/ Hector Quintero
    HECTOR QUINTERO

Dated: August 6, 2016

RICHARD SAVINO, ESQ.
For Richard Savino,
Able Ford of New Jersey Inc.
and AAM Auto Sales, LLC

By: /s/ Richard Savino
    RICHARD SAVINO

Dated: August 06, 2016

15